UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **JOSE ULISER SUCHITE MONROY**,<br><br>Petitioner,<br><br>v.<br><br>**KEVIN RAYCRAFT et al.,**<br><br>Respondents. | **2:26-CV-11423-TGB-DRG**<br><br>HON. TERRENCE G. BERG<br><br>**ORDER CLOSING CASE** |

On June 5, 2026, this Court granted Suchite Monroy's Petition for Writ of Habeas Corpus. ECF Nos. 1, 5. The Court ordered Petitioner to be released by 5:00 p.m. on June 12, 2026, unless Petitioner had received a bond hearing under 8 U.S.C. § 1226(a) by that date.

On June 12, 2026, the government reported back to the Court that Petitioner was released on bond June 11, 2026. *See* ECF No. 6. The Court is satisfied that the government has satisfied its June 5, 2026 Order.

The Court finds that its Order has been **SATISFIED**.

This Order closes the case.

**SO ORDERED**.

Dated: October 15, 2026

/s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE